AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-23-04 |
| NAME OF SERVER (PRINT) Crisanto Mendonca | TITLE Crisanto Mendonca |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Commonwealth of Massachusetts Supreme Judicial Court, One Beacon Street, 3 Floor, Boston, MA 02108

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Willian

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Certified mail | Four dollars and sixty five cents | $4.65 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 21, 2004

Signature of Server: Crisanto Mendonca 6/28/04

Address of Server: P.O. Box 390944 Cambridge, MA 02139

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.