AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Crisanto Mendonca
    Plaintiff

FILED
CLERKS OFFICE

2004 JUN 24 P 3: 24    **SUMMONS IN A CIVIL CASE**

V.

Commonwealth of Massachusetts
Supreme Judicial Court and
State Commonwealth of
Massachusetts
    Defendants

CASE NUMBER: 04 11405 PBS

TO: (Name and address of Defendant)

State Commonwealth of Massachusetts
Attorney General Office One Ashburton
Place, Boston, MA 02108

SCANNED DATE: 6-25-04  BY: [signature]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6-22-04 |
| NAME OF SERVER (PRINT) Crisanto Mendonca | TITLE Crisanto Mendonca |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: State Commonwealth of Massachusetts Attorney General Office one Ashburton Place, Boston, MA 02108

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: James Monahan

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| certified mail | Four dollars and sixty five cents | $4.65 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 21, 2004           Crisanto Mendonca  6/24/04
             Date                    Signature of Server

P.O. Box 390944 Cambridge MA 02139
Address of Server