# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11405 PBS

| | |
|---|---|
| Crisanto Mendonca<br>    Plaintiff<br><br>Vs.<br><br>Commonwealth of Massachusetts<br>Supreme Judicial Court and<br>State Commonwealth of<br>Massachusetts<br>    Defendants | **CERTIFICATE OF SERVICE.** |

I, hereby Crisanto Mendonca duly served on July 19, 2004 a copy of the **PLAINTIFF'S MOTION AND DOCUMENTS ATTACHED**, upon State Commonwealth of Massachusetts Attorney General Office, One Ashburton Place, Boston, MA 02108, by mail, postage prepaid.

Respectfully Submitted,

Crisanto Mendonca
P. O. Box 390944
Cambridge, MA 02139