UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Crisanto Mendonca,<br>    Plaintiff<br><br>v.<br><br>Commonwealth of Massachusetts Supreme<br>Judicial Court and State Commonwealth of<br>Massachusetts,<br>    Defendants | C.A. No. 04-11405 PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Salvatore M. Giorlandino, Assistant Attorney General of Massachusetts, as counsel to the defendant Commonwealth of Massachusetts, including its Supreme Judicial Court.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 8/16/04

Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)

on 8/16/04