# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11405 PBS

| | |
|---|---|
| Crisanto Mendonca,<br>　　　Plaintiff<br><br>Vs.<br><br>Commonwealth of Massachusetts<br>Supreme Judicial Court and<br>State Commonwealth of<br>Massachusetts,<br>　　　Defendants | **NOTICE OF APPEAL**<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

Now comes plaintiff respectfully request this Court to docket plaintiff's notice of appeal from this Honorable Court decision on August 13, 2004 (see) attached appendix (1).

Respectfully Submitted,

Crisanto Mendonca
P. O. Box 390944
Cambridge, MA 02139

Dated: August 24, 2004.

# APPENDIX (1)
# 1 page

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 8/13/2004 at 10:16 AM EDT and filed on 8/9/2004
Case Name:     Mendonca v. Commonwealth of Massachusetts Supreme Judicial Court et al
Case Number:   1:04-cv-11405
Filer:
Document Number:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered denying [4] Motion with Support Provisions of Laws and Facts for Rulings Judgment. "The case is dismissed as this Court does not have jurisdiction to review the state proceedings." (Patch, Christine)

The following document(s) are associated with this transaction:

1:04-cv-11405 Notice will be electronically mailed to:

1:04-cv-11405 Notice will not be electronically mailed to:

Crisanto Mendonca
P.O. Box 390944
Cambridge, MA 02139

## UNITED STATE DISTRICT COURT DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11405 PBS

| | |
|---|---|
| Crisanto Mendonca,<br>    Plaintiff<br><br>Vs.<br><br>Commonwealth of Massachusetts<br>Supreme Judicial Court and<br>State Commonwealth of<br>Massachusetts,<br>    Defendants | **CERTIFICATE OF SERVICE** |

I, hereby Crisanto Mendonca duly served on August 24, 2004 a copy of the **PLAINTIFF'S NOTICE OF APPEAL**, upon Salvatore M. Giorlandino One Exchange Place, 3rd Fl. Worcester, MA 01608, by mail, postage prepaid.

Respectfully Submitted,

_____
Crisanto Mendonca
P. O. Box 390944
Cambridge, MA 02139

Dated: August 24, 2004.