# United States Court of Appeals
## For the First Circuit

No. 04-2162

CRISANTO MENDONCA,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS SUPREME JUDICIAL COURT, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: October 27, 2004

The district court correctly concluded that it lacked jurisdiction over plaintiff's action. See <u>Hill v. Town of Conway</u>, 193 F.3d 33, 39 (1st Cir. 1999) ("'if the constitutional claims presented to a United States district court are inextricably intertwined' with the merits of a judgment rendered in state court, 'then the district court is in essence being called upon to review the state-court decision. This the district court may not do.'"). Consequently, we summarily affirm the judgment of dismissal.

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: NOV 17 2004

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Chief Deputy Clerk.

[cc: Messrs: Mendonca and Giorlandino]